# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| GRADY RENARD WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV417-090 |
| RICHARD A. MALLARD, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Petitioner Grady Williams filed his civil rights action against Effingham County District Attorney Richard Mallard without either a filing fee or a properly completed motion to proceed *in forma pauperis* (IFP). Doc. 1. On May 18, 2017, the Clerk of Court notified Williams of that deficiency and provided him with a blank IFP form. Doc. 2. On May 22, 2017, in lieu of returning payment or an IFP request, Williams filed an "international promissory note" for $400, in "settlement of [his] retail agreement[ ]" with the Court. Doc. 3. This is not his first attempt to stymie the Court's fee requirements. *See, e.g., Williams v. Bryson*, No. CV416-334 at doc. 3 (filing a "notice" of an "ecclesiastical deed poll . . . for discharge in accordance with the law" *"per curiam divina"* in lieu of paying his filing fee or filing a completed IFP form), doc. 6

(recommending dismissal of his "plainly frivolous" notice). This promissory note, too, is plainly frivolous.

Within 14 days of the date this Order is served, plaintiff shall show cause why this case should not be dismissed on inactivity and, thus, abandonment grounds. See Fed. R. Civ. P. 41(b); S.D. Ga. L.R. 41.1(c); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

**SO ORDERED**, this  9th  day of June, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA