IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GRADY RENARD WILLIAMS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD M. MALLARD, District )<br>Attorney for Effingham )<br>County, Individually and in )<br>their official Capacity; )<br>)<br>Defendant. )<br>) | CASE NO. CV417-090 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed. The Magistrate Judge recommended that Plaintiff's complaint be dismissed abandonment grounds because Plaintiff has refused to pay the filing fee or seek leave to proceed in forma pauperis ("IFP"). (Doc. 5 at 2.) Although Plaintiff has filed an objection to the Report and Recommendation, he has yet again failed to pay the filing fee or request to proceed IFP. Accordingly, and after careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's 42 U.S.C. § 1983 case is **DISMISSED WITHOUT**

**PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **28th** day of July 2017.

*/s/ William T. Moore, Jr.*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA